IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS MCNAMARA, RAYMOND ROSS, ANDREW SCHULTZ, JOSH SMOTHERMAN, DONALD SHAW, DAVID HAMILTON, LAURENCE WHITE, et al.,<br><br>　　　　Plaintiffs,<br><br>　　　v.<br><br>GENERAL MOTORS LLC,<br><br>　　　　Defendant. | CIVIL ACTION<br><br><u>CASE NO. 25-02410</u> |

ORDER

AND NOW, this _____ day of _____ 20___, it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐　GRANTED.  The Clerk is DIRECTED to add <u>Christopher A. Seeger</u>, Esquire as counsel for <u>Plaintiff, Raymond Ross</u>. Christopher A. Seeger is DIRECTED to request ECF filing access using their PACER Account[1].

☐　DENIED.

_____, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Case Number 25-02410

## MOTION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I, MOVANT'S STATEMENT

I, Christopher A. Seeger the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) to represent Plaintiffs. My sponsoring attorney will submit the $75.00 payment using their PACER account at the time of filing this motion.

A. I state that I am currently admitted to practice in the following state jurisdiction(s):

| Jurisdiction | Date of Admission | Attorney ID No. |
|---|---|---|
| Supreme Court of New Jersey | December 20, 1990 | |
| New York State Supreme Court | July 1, 1991 | |

B. I state that I am currently admitted to practice in the following federal jurisdiction(s):

| Jurisdiction | Date of Admission | Attorney ID No. |
|---|---|---|
| US District of Colorado | February 22, 2011 | |
| US District Court, Southern District of NY | March 31, 1992 | |
| US District Court, Northern District of NY | August 4, 2020 | |
| US District Court, Eastern District of NY | February 7, 2000 | |
| US District Court, Eastern District of MI | July 19, 2017 | |
| US District Court of New Jersey | December 20, 1991 | |
| US Court of Appeals, 9th Circuit | September 17, 2009 | |
| US Court of Appeals, 3rd Circuit | July 24, 2014 | |
| US Court of Appeals, 2nd Circuit | Jan. 21. 2010 | |
| US Court of Appeals, 6th Circuit | September 19, 2019 | |
| US Court of Appeals, 10th Circuit | December 14, 2018 | |

C. I state that I am at present a member of the aforesaid bar(s) in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am seeking to enter my appearance for Plaintiffs

Name of Attorney: Christopher A. Seeger

Firm Address: 55 Challenger Road, 6th Floor, Ridgefield Park, NJ 07660

Telephone Number: 973-639-9100

Email Address: cseeger@seegerweiss.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 05/14/2025
(Date)

(Movant's signature)

II., SPONSOR'S STATEMENT, MOTION, AND CERTIFICATE OF SERVICE

      The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Christopher A. Seeger to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal court(s) and that the applicant's private and personal character is good.

| Scott A. George | /s/ Scott A. George | 10/22/1998 | 81996 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission Date) | Attorney ID Number |

SPONSOR'S OFFICE ADDRESS, EMAIL ADDRESS, AND TELEPHONE NUMBER

Seeger Weiss LLP, 325 Chestnut Street, Suite 917, Philadelphia, PA 19106

sgeorge@seegerweiss.com

(215) 564-2300

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 05/14/2025

    (Date)

/s/ Scott A. George

(Sponsor's signature)

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS MCNAMARA, RAYMOND ROSS, ANDREW SCHULTZ, JOSH SMOTHERMAN, DONALD SHAW, DAVID HAMILTON, LAURENCE WHITE, et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>GENERAL MOTORS LLC,<br><br>        Defendant. | CIVIL ACTION<br><br>CASE NO. 25-02410 |

### CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the motion of <u>Christopher A. Seeger</u>, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed order, which, if granted, would permit such practice in this court was served on as follows:

Through the Court's ECF System.

                                                          */s/ Scott A. George*
                                                          (Signature of Attorney)

                                                          Scott A. George
                                                          (Name of Attorney)

                                                          Plaintiffs
                                                          (Name of Moving Party)

                                                          05/14/2025
                                                          (Date)